IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AKREEM DICKS,
    Plaintiff,

v.                                             CIVIL ACTION NO. 19-CV-3168

WARDEN TILLMEN, *et al.*,
    Defendants.

## ORDER

AND NOW, this 9th day of April, 2020, upon consideration of Plaintiff Akreem Dicks's *pro se* Amended Complaint (ECF No. 12), it is **ORDERED** that:

1. The Clerk of Court is **DIRECTED** to terminate Cpt. Peaks as a Defendant.

2. The Amended Complaint is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for the reasons stated in the Court's Memorandum.

3. The Clerk of Court is **DIRECTED** to close this case.

BY THE COURT:

_____
**GENE E.K. PRATTER, J.**